Argued and submitted August 27, 1998, reversed and remanded April 14, 1999

STATE OF OREGON,
*Appellant,*

*v.*

RAMONA E. JOHNSON,
*Respondent.*

(9702-40877; CA A97244)

978 P2d 454

Robert M. Atkinson, Assistant Attorney General, argued the cause for appellant. With him on the opening brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General. With him on the reply brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Garrett A. Richardson argued the cause for respondent. With him on the brief was Multnomah Defenders.

Before De Muniz, Presiding Judge, and Deits, Chief Judge, and Haselton, Judge.

PER CURIAM

Reversed and remanded. *State v. Lhasawa,* 159 Or App 667, 979 P2d 774 (1999).